# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CHRISTOPHER K. CHRISTOPHEL**                                          **PETITIONER**
**Reg. No. 14759-025**

**v.**                          **CASE NO.  2:25-CV-00213-BSM**

**C. HUMPHREY**, **Warden**                                          **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 15] is adopted, and Christopher Christophel's petition for a writ of habeas corpus is dismissed without prejudice.  Christophel's motion to include newly discovered evidence [Doc. No. 13] and motion for order to show cause [Doc. No. 14] are denied as moot.

IT IS SO ORDERED this 16th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE