**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHRISTOPHER K. CHRISTOPHEL**                                        **PETITIONER**
**Reg. No. 14759-025**

**v.**                                   **CASE NO.  2:25-CV-00213-BSM**

**C. HUMPHREY**, **Warden**                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE